The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below.





Russ Kendig
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| | ) | CASE NO. 10-62104 |
| BRUCE ALAN BEDWELL, | ) | |
| | ) | JUDGE RUSS KENDIG |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | **ORDER DENYING** |
| | ) | **REAFFIRMATION AGREEMENT** |
| | ) | |
| | ) | |

This matter comes before the court upon review of a reaffirmation agreement between Debtor and Huntington National Bank, filed on June 17, 2010. The court issued a notice of deficiency on June 18, 2010 stating "[f]ailure to amend or supplement reaffirmation agreement or request a hearing within 15 days of the filing of this notice will result in an order denying the agreement."

As of September 9, 2010, the court has not been provided with appropriate information to cure the filing deficiency. Accordingly, approval of the reaffirmation agreement is **DENIED**.

It is so ordered.

# # #

## Service List

Bruce Alan Bedwell
325 Miller St
Ashland, OH 44805

Thomas J Budd, II
128 Church St
Ashland, OH 44805-2105

Huntington National Bank
6101 W. 130th
Parma, OH 44130